446 A.2d 694

Commonwealth v. Walls, Appellant.

616

 Submitted March 31, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.